IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHANIEL LAUGHLIN AND CHRISTOPHER COLE,<br><br>          Plaintiffs,<br><br>     vs.<br><br><br>FARMERS INSURANCE EXCHANGE,<br><br>          Defendant. | **8:26CV110**<br><br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiffs have not filed a return of service indicating service on Defendant, and Defendant has not voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until July 10, 2026 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 26th day of June, 2026.

BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

1