IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATHANIEL LAUGHLIN, and CHRISTOPHER COLE,

Plaintiffs,

vs.

FARMERS INSURANCE EXCHANGE,

Defendant.

**8:26CV110**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 9). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs and fees, unless otherwise stipulated.

Dated this 13th day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge